Official Form 17
(12/04)

# United States Bankruptcy Court

SOUTHERN District Of NEW YORK

In re COLLEEN STRAWBRIDGE
          Debtor
      -against-
    INDYMAC BANK
        Creditor

Case No. 06-13049-jmp

Chapter 11

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

COLLEEN STRAWBRIDGE              , the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the    28th    day of JANUARY, 2008   .
                                                                                                                                        (month)        (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

INDYMAC BANK
    attorneys:
FEIN, SUCH, KAHN & SHEPARD
7 CENTURY DRIVE, SUITE 201
Parsippany, NJ 07054
973-538-4700 (Phone)
Dated:    FEBRUARY 5, 2008

[RECEIVED FEB - 6 2008 S.D. DIST. OF NEW YORK]

Signed: *Colleen Strawbridge*
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name:    pro se

Address: 200 EAST 74th STREET
         NEW YORK CITY, NEW YORK           10021
         APARTMENT 4C

Telephone No: 212-452-2572

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*