UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

In re: **Colleen Strawbridge**

ORDER OF DISMISSAL
FOR
**FAILURE TO PROSECUTE
BANKRUPTCY APPEAL**

------------------------------------------------X

08-CV-2949 (BSJ)

FROM:  KATHLEEN FARRELL-WILLOUGHBY, CLERK
       UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF NEW YORK

TO:    J.MICHAEL MCMAHON, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

IN RE: Colleen Strawbridge
DATE OF FILING NOTICE OF APPEAL: 2/6/2008

BANKRUPTCY CASE: **06-13049 (JMP)**

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

  _X_ FRBP 8006
  ___ Federal Rules of Civil Procedure (Rule _____)
  _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
  ___ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **March 20, 2008**
        New York, New York

Kathleen Farrell-Willoughby, Clerk
U.S. Bankruptcy Court, SDNY

Internal Control #: 35

By: _____
        Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated __April 3, 2008__
      New York, New York

_____
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____

J.Michael McMahon, Clerk
District Court, SDNY

By: _____
        Deputy Clerk